# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMIR HUJJUTALLAH,<br><br>    Plaintiff(s),<br><br>v.<br><br>EQUIFAX DATA SERVICES LLC, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01486-CDS-NJK<br><br>**Order**<br><br>[Docket Nos. 1, 1-1] |

Pending before the Court is Plaintiff's application to proceed *in forma pauperis*. Docket No. 1. The declaration has not been signed under penalty of perjury. *See id.* at 2. Accordingly, the application to proceed *in forma pauperis* is **DENIED** without prejudice.

In addition, Plaintiff's proposed complaint is not signed as required by Rule 11 of the Federal Rules of Civil Procedure. *See* Docket No. 1-1 at 8.

Both a properly signed application to proceed *in forma pauperis* and a properly signed proposed complaint must be filed by August 28, 2024.

IT IS SO ORDERED.

Dated: August 14, 2024

                                                  Nancy J. Koppe
                                                  United States Magistrate Judge