# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMIR M. HUJJUTALLAH, | Case No. 2:24-cv-01486-CDS-NJK |
| Plaintiff(s), | **ORDER** |
| v. | |
| EQUIFAX DATA SERVICES LLC, et al., | |
| Defendant(s). | |

On January 23, 2025, the Court consolidated Plaintiff's three identical actions against different credit reporting agencies. Docket No. 9. The Court ordered that all filings moving forward must be made only in this case. Accordingly, the operative complaints in each of the separate cases are **DISMISSED** without prejudice. Plaintiff must file in this case a single, consolidated complaint against all Defendants by February 21, 2025.

The Court reminds Plaintiff that the consolidated complaint must be complete and cannot refer back to prior pleadings. *See* Local Rule 15-1(a). The consolidated complaint must sufficiently allege each claim and the involvement of each Defendant. **Failure to file a consolidated complaint by the deadline set above may result in the recommended dismissal of this case.**

IT IS SO ORDERED.

Dated: January 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

1