# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Amir M. Hujjutallah, | Case No. 2:24-cv-01486-CDS-NJK |
| Plaintiff(s), | **REPORT AND RECOMMENDATION** |
| v. | |
| Equifax Data Services LLC, et al., | |
| Defendant(s). | |

On August 7, 2025, the Court screened Plaintiff's consolidated complaint, finding that it failed to state a claim on which relief may be granted. Docket No. 12. The Court ordered that, if Plaintiff could cure the deficiencies identified, an amended complaint had to be filed by September 5, 2025. *Id.* at 3. The Court warned that "**[f]ailure to comply with this order may result in the recommended dismissal of the case**." *Id.* (emphasis in original). Plaintiff has not filed an amended complaint, sought extension, or otherwise taken further action in this case. Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice.

Dated: September 30, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

# NOTICE

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).